## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JEREMIAH HALE, : | |
| Petitioner, : | |
| : | CIVIL ACTION NO. 09-0494-WS-MU |
| vs. : | CRIMINAL NO. 07-0385-WS-MU |
| : | |
| UNITED STATES OF AMERICA, : | |
| Respondent. | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated August 11, 2020, is **ADOPTED** as the opinion of this Court.

**DONE** this  28th  day of      September     , 2020.

  s/William H. Steele  
**UNITED STATES DISTRICT JUDGE**

2